PER CURIAM.
Based upon this court’s reading of Conklin v. Hurley, 428 So.2d 654 (Fla.1983), we affirm. However, we certify the following question to the Florida Supreme Court as being of great public importance pursuant to Florida Rule of Appellate Procedure 9.030(a)(2)(A)(v):
DO IMPLIED WARRANTIES OF FITNESS AND MERCHANTABILITY EXTEND TO FIRST PURCHASERS FROM DEVELOPERS OF REAL ESTATE WITH COMMERCIAL STRUCTURES ON THE LAND?
AFFIRMED.
COBB, C.J., and ORFINGER and SHARP, JJ., concur.